that plaintiff's cross motion with respect that issue is no longer moot, and we therefore remit the matter to Supreme Court to determine that part of plaintiff's cross motion. Finally, we note that neither defendants on their appeal nor plaintiff on her cross appeal raised any issue concerning the court's sua sponte dismissal of the third-party complaint against Dill, and they therefore have abandoned any issues with respect thereto (*see Ciesinski v Town of Aurora*, 202 AD2d 984 [1994]).

All concur except Fahey, J., who dissents in part and votes to grant the motion for reargument in part but in addition votes to grant leave to appeal to the Court of Appeals, the alternative relief sought in the motion. Present—Smith, J.P., Centra, Fahey and Peradotto, JJ.

■ ALEXANDRA BENSHOFF, Appellant, v ADAM R. RAKOCZY et al., Defendants, and NIAGARA MOHAWK POWER CORPORATION, Respondent. [919 NYS2d 458]—■

Present—Scudder, P.J., Carni, Lindley and Gorski, JJ.

■ VICTOR DEMJANENKO, Respondent, v VIRGINIA L. DEMJANENKO, Appellant. [919 NYS2d 458]—■ Present—Smith, J.P., Peradotto, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HILLERY M. DUPLEASIS, Appellant. [919 NYS2d 458]—■ Present—Scudder, P.J., Smith, Green and Gorski, JJ.

■ C. BRUCE LAWRENCE, ESQ., Trustee in Bankruptcy for ROGER JACKSON, Respondent-Appellant, v GUARDSMARK, LLC, Appellant-Respondent. [919 NYS2d 457]—■ Present—Centra, J.P., Fahey, Lindley, Sconiers and Martoche, JJ.

■ VALERIE SHANE, Appellant, v CENTRAL NEW YORK REGIONAL TRANSPORTATION AUTHORITY et al., Respondents. [919 NYS2d 457]—■ Present—Fahey, J.P., Carni, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE COOPER, Appellant. [918 NYS2d 915]—■ Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, John R. Schwartz,